**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRANDI WORTHAM**                                                      **PLAINTIFF**

**V.**                          **CASE NO 4:19CV-69KGB**

**BENTON POLICE DEPARTMENT,**
**CITY OF BENTON**                                                   **DEFENDANT**

## DEFENDANT'S MOTION FOR SETTLEMENT CONFERENCE

COMES now, the City of Benton, by and through counsel, Sara Monaghan and for its Motion for Settlement Conference, states:

1. On December 14, 2021, undersigned counsel began communications with Plaintiff's counsel inquiring as to setting a date for a settlement conference in this matter.

2. Said communication continued through December 29, 2021, and to date, undersigned counsel still hasn't received a response from Plaintiff's counsel regarding a settlement conference.

3. Therefore, Defendant requests the Court enter an Order setting a settlement conference in this matter.

WHEREFORE, Defendant prays that the Court grant its Motion for Settlement Conference and for all other just and proper relief.

                                               Respectfully submitted,

                        By:     Sara Monaghan
                              Attorney for City of Benton and Benton
                              Police Department
                              Ark Bar No. 2005276
                              P.O. Box 38
                              North Little Rock, AR 72115
                              TELEPHONE: 501-978-6122
                              FACSIMILE: 501-537-7262
                              EMAIL: smonaghan@arml.org