THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDI WORTHAM**                                                                        **PLAINTIFF**

v.                                  **Case No. 4:19-cv-00069-KGB**

**CITY OF BENTON, ARKANSAS**                                       **DEFENDANT**

**ORDER**

Before the Court is defendant City of Benton's motion for settlement conference (Dkt. No. 73). Plaintiff Brandi Wortham responded to the motion (Dkt. No. 74). The Court understands that Ms. Wortham does not join in the motion at this time for reasons explained in her response. Therefore, at this time, the Court denies the City of Benton's motion for settlement conference without prejudice to the parties seeking referral at a later date if appropriate and depending upon the scheduled trial date in this matter (Dkt. No. 73).

It is so ordered this 7th day of January, 2022.

_____
Kristine G. Baker
United States District Judge