IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDI WORTHAM**                                                                             **PLAINTIFF**

**V.**                      **CASE NO 4:19CV-69KGB**

**BENTON POLICE DEPARTMENT,**
**CITY OF BENTON**                                                       **DEFENDANT**

## JOINT MOTION TO DISMISS WITH PREJUDICE

COME the parties herein, by and through counsel, Sara Monaghan and Andrew Rozynski, and for their Joint Motion to Dismiss with Prejudice, state:

1. The parties have reached a mutual settlement in this case.

2. The General Release and Settlement Agreement has been fully executed and the settlement proceeds have been delivered to the Plaintiff through her counsel.

3. Therefore, the parties request an Order be entered granting dismissal of this case and all claims therein with prejudice.

WHEREFORE, the parties herein request their Joint Motion to Dismiss with Prejudice be granted and for all other just and proper relief.

                                       Respectfully submitted,
                   By:     Sara Monaghan, ABA #2005276
                                       Attorney for City of Benton
                                       P.O. Box 38
                                       North Little Rock, AR 72115
                                       Tel: (501) 978-6122
                                       Fax: (501) 537-7262
                                       Email: smonaghan@arml.org

And

Andrew Rozynski
EISENBERG & BAUM, LLP
Attorney for Brandi Wortham
24 Union Square East, Fourth Floor
New York, NY 10003
TELEPHONE: 212-353-8700
FACSIMILE: 212-353-1708
EMAIL: arozynski@eandblaw.com