THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDI WORTHAM**                                                                              **PLAINTIFF**

v.                                      Case No. 4:19-cv-00069-KGB

**CITY OF BENTON, ARKANSAS**                                                   **DEFENDANT**

### ORDER

  Before the Court is the parties' joint motion to dismiss with prejudice (Dkt. No. 92). The parties state that they have reached a mutual settlement (*Id.*). They also represent that the general release and settlement agreement have been fully executed and that the settlement proceeds have been delivered to the plaintiff Brandi Wortham through her counsel (*Id.*). The parties request that this Court enter an order dismissing all claims in this case with prejudice (*Id.*). For good cause shown, the Court grants the motion and dismisses with prejudice this case (*Id.*).

  It is so ordered this 15th day of June, 2022.

*[Signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge